## **RETURN OF SERVICE**

**State of Florida**   **County of**   **United States Southern District Court**

Case Number: 17-CV-60327-WPD

Plaintiff:
**Tannen Campbell**

vs.

Defendant:
**Magic Leap, Inc.**

For:
Karen Coolman Amlong
Amlong & Amlong, PA
500 NE fourth Street
Second Floor
Ft. Lauderdale, FL 33301

Received by All Broward Process Corp on the 13th day of February, 2017 at 3:35 pm to be served on **Magic Leap, Inc. c/o r/a Paracorp Incorporated, 7500 W Sunrise Blvd., Plantation, FL**.

I, Franscico X. Carreras, do hereby affirm that on the **13th day of February, 2017** at **4:10 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint** with the date and hour of service endorsed thereon by me, to: **Mark Albert** as **General Counsel** for Magic Leap, Inc. c/o r/a, at the address of: **7500 W Sunrise Blvd., Plantation, FL**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2).

**Franscico X. Carreras**
#582

**All Broward Process Corp**
701 N Fig Tree Lane
Plantation, FL 33317
(954) 214-5194

Our Job Serial Number: BPC-2017000380

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 17-cv-60327-WPD

TANNEN CAMPBELL,

    Plaintiff,

vs.

MAGIC LEAP, INC., a Florida corporation,

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**



TO:    **Magic Leap, Inc., a Florida corporation**
**By Serving It's Registered Agent: Paracorp Incorporated**
**155 Office Plaza Drive**
**1st Floor**
**Tallahassee, Florida 32301**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

**Karen Coolman Amlong, Attorney at Law**
**Kamlong@TheAmlongFirm.com**
**AMLONG & AMLONG, P.A.**
**500 Northeast Fourth Street, Second Floor**
**Fort Lauderdale, Florida 33301**
**(954) 462-1983**

an answer to the Complaint which is herewith served upon you, within **Twenty One (21)** days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answers with the Clerk of the Court within a reasonable period of time after service.

    You are further served with the following:

**SUMMONS**

Feb 13, 2017

Steven M. Larimore
Clerk of Court

s/ Faithtrina Stinson
Deputy Clerk
U.S. District Courts