UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

TANNEN CAMPBELL,                               Case No.: 0:17-cv-60327-WPD

    Plaintiff,
vs.

MAGIC LEAP, INC.,

    Defendant.
_____/

**DEFENDANT MAGIC LEAP, INC.'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, MAGIC LEAP, INC. ("Defendant"), by and through its undersigned counsel, hereby moves for a brief extension of time to file its Answer or otherwise respond to Plaintiff's Complaint filed against it in this matter, and in support thereof, it states:

1. Defendant was served with a summons and a copy of the Complaint in this case on February 13, 2017. Accordingly, pursuant to Rule 12(a)(1)(A)(i), Fed. R. Civ. P., Defendant has until March 6, 2017 to file an Answer or otherwise respond to Plaintiff's Complaint.

2. The Complaint is 28 pages long and contains 79 detailed paragraphs which include allegations that relate not just to Plaintiff's employment at Defendant, but to alleged incidents involving other employees.

3. Undersigned counsel is diligently investigating the facts and claims alleged, in order to prepare a good faith response to the Complaint, as required by the Federal Rules of Civil Procedure. Due to the wide-ranging and detailed nature of the allegations, undersigned counsel's investigation of the matter will take a bit longer than the 21 days set out in Rule 12(a)(1)(A)(i), Fed. R. Civ. P.

4.  Undersigned counsel respectfully requests a brief extension of time, of ten (10) days, up to and including Thursday, March 16, 2017, to file its Answer or other response to the Plaintiff's Complaint so that counsel for Defendant may investigate the allegations made in the Complaint, and formulate an appropriate response.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b), Fed. R. Civ. P., the Court, in its discretion, may enlarge the period for an act to be done if the request is made before the expiration of the originally prescribed period. Here, this request is being made before expiration of the deadline to file a response to Plaintiff's Complaint, and good cause exists to extend the deadline since it is in the best interests of the parties to conserve resources by allowing each side time to formulate appropriate pleadings, fully reflecting all allegations and defenses, and thereby avoiding any delay caused by needless amendments to pleadings. Moreover, no party will be prejudiced by the requested brief extension of time.

**WHEREFORE**, Defendant respectfully requests an extension of time to Answer or otherwise respond to the Plaintiff's Complaint up to and including March 16, 2017.

## Local Rule 7.1(a)(3) Certification

Defendant's counsel certifies that counsel for Defendant has conferred with Plaintiff's counsel and she does not oppose the relief sought by this motion.

Respectfully submitted March 1, 2017.

           *s/ Jose I. Leon*
Jose I. Leon, FBN 958212
JLeon@gordonrees.com
Robin Taylor Symons, FBN 356832
RSymons@gordonrees.com
GORDON & REES SCULLY MANSUKHANI
100 SE Second Street, Suite 3900
Miami, FL 33131
MIA_Eservice@gordonrees.com
***Counsel for Defendant Magic Leap, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a true and correct copy of the foregoing on all counsel or parties of record on the Service List below.

*s/ Jose I. Leon*
Jose I. Leon, Esq.

**SERVICE LIST**
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
Telephone:  954-462-1983
Facsimile:  954-523-3192
*Counsel for Plaintiff*

1131267/31839587v.1

3
**GORDON & REES SCULLY MANSUKHANI**
100 SE Second Street ▪ Suite 3900 ▪ Miami, FL 33131 ▪ Telephone: 305-428-5300 ▪ Fax: 877-644-6209