UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60327-CIV-DIMITROULEAS

TANNEN CAMPBELL,

Plaintiff,

vs.

MAGIC LEAP, INC.,

Defendant.
________________________________________/

**ORDER**

THIS CAUSE is before the Court on the Defendant Magic Leap, Inc.'s Unopposed Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). [DE 8]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**; Defendant shall have until **March 16, 2017** to respond to the Complaint.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Broward County, Florida, this 3rd day of March, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record