UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

TANNEN CAMPBELL,                                Case No.: 0:17-cv-60327-WPD

    Plaintiff,
vs.

MAGIC LEAP, INC.,

    Defendant.
_____/

**DEFENDANT MAGIC LEAP, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant, MAGIC LEAP, INC. ("Defendant"), by and through its undersigned counsel, hereby files its Corporate Disclosure Statement, pursuant to Rule 7.1, and states that it has no parent corporation.  The only publicly held corporations that own 10% or more of Defendant's stock are Google Inc. and Alibaba Investment Limited.

Respectfully submitted March 16, 2017.

          *s/ Jose I. Leon*
Jose I. Leon, FBN 958212
JLeon@gordonrees.com
Robin Taylor Symons, FBN 356832
RSymons@gordonrees.com
GORDON & REES SCULLY MANSUKHANI
100 SE Second Street, Suite 3900
Miami, FL 33131
MIA_Eservice@gordonrees.com
Telephone: 305-428-5322
Facsimile: 877-644-6209
*Counsel for Defendant Magic Leap, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve a true and correct copy of the foregoing on all counsel or parties of record on the Service List below.

<i>s/ Jose I. Leon</i><br>
Jose I. Leon, Esq.

**SERVICE LIST**
Karen Coolman Amlong, Esq.
KAmlong@TheAmlongFirm.com
William R. Amlong, Esq.
WRAmlong@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
Telephone:  954-462-1983
Facsimile:  954-523-3192
*Counsel for Plaintiff*