IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 0:17-cv-60327-WPD

TANNEN CAMPBELL,

    Plaintiff,

vs.

MAGIC LEAP, INC., a Delaware corporation,

    Defendant.
_____/

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE COURT:

    Please take notice of the appearance of the undersigned as attorney of record for the plaintiff, Tannen Campbell.

    Dated:  March 21, 2017

    Respectfully submitted,

AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

By:   *s/ Isha Kochhar*
    KAREN COOLMAN AMLONG
    Florida Bar Number 275565
    KAmlong@TheAmlongFirm.com
    ISHA KOCHHAR
    Florida Bar Number 105294
    IKochhar@TheAmlongFirm.com

***Attorneys for the Plaintiff***



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the United States District Court for the Southern District of Florida by CM/ECF this 21st day of March, 2017, and thereby electronically transmitted to all counsel or parties of record on the Service List below.

By: *s/ Isha Kochhar*
ISHA KOCHHAR

### Service List

| | |
|---|---|
| WILLIAM R. AMLONG | JOSE I. LEON |
| Florida Bar No.: 470228 | Florida Bar No. 958212 |
| WRAmlong@TheAmlongFirm.com | JLeon@gordonrees.com |
| KAREN COOLMAN AMLONG | Robin Taylor Symons |
| Florida Bar No.: 275564 | Florida Bar No.: 356832 |
| KAmlong@TheAmlongFirm.com | RSymons@gordonrees.com |
| ISHA KOCHHAR | |
| Florida Bar No.: 105294 | |
| IKochhar@TheAmlongFirm.com | |
| AMLONG & AMLONG, P.A. | GORDON & REES SCULLY MANSUKHANI |
| 500 Northeast Fourth Street, Second Floor | Miami Tower |
| Fort Lauderdale, Florida 33301 | 100 SE Second Street, Suite 3900 |
| (954) 462-1983 | Miami, FL 33131 |
| | (305) 428-5300 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

\\amlong3\cpshare\CPWin\HISTORY\170111_0001\15A6.27