IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 0:17-cv-60327-WPD

TANNEN CAMPBELL,

    Plaintiff,

vs.

MAGIC LEAP, INC., a Delaware corporation,

    Defendant.
_____/

**Plaintiff's Notice of Settlement and Motion for Clarification of Court's April 26, 2017 Order**

1. On April 26, 2017, plaintiff, Tannen Campbell, moved for entry of an order for leave to file the parties' joint scheduling report and discovery plan out of time and for leave to file **_either_** a notice of settlement **_or else_** a joint status report by today, Monday, May 8, 2017 [DE 13].

2. This Court granted plaintiff's motion on April 26, 2017, DE 14, ordering defendant, Magic Leap, Inc. to file the report and plan by Monday, May 8, 2017.

3. Plaintiff hereby gives notice that this matter has been resolved and pursuant to the parties' agreement, plaintiff expects to file a notice of dismissal with prejudice on or before June 2, 2017.

4. In light of the notice of settlement, and taking into account that formalities are not yet concluded but will be within the next twenty-five (25) days, plaintiff moves for clarification of this Court's April 26, 2017 Order [DE 14] to determine if this Court still requires that the parties file the joint scheduling report and discovery plan, or if plaintiff's filing a notice of dismissal by June 2, 2017 will meet this Court's requirements.



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

WHEREFORE, plaintiff, Tannen Campbell, moves unopposed for entry of an order clarifying this Court's April 26, 2017 order, for such other and further relief as is just.

### Certificate of Conferral

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief requested herein. Counsel for the defendant has stated defendant does not object to the requested relief.

Dated:  May 8, 2017

Respectfully submitted,

By:   *s/ Karen Coolman Amlong*
KAREN COOLMAN AMLONG
Florida Bar Number 275565
KAmlong@TheAmlongFirm.com
ISHA KOCHHAR
Florida Bar Number 105294
IKochhar@TheAmlongFirm.Com

 AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

**Attorneys for the Plaintiff,
Tannen Campbell**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the United States District Court for the Southern District of Florida by CM/ECF this 8th day of May, 2017, and thereby electronically transmitted to all counsel or parties of record on the Service List below.

By:  */s/ Isha Kochhar*
     ISHA KOCHHAR

### Service List

| | |
|---|---|
| WILLIAM R. AMLONG<br>Florida Bar No.: 470228<br>WRAmlong@TheAmlongFirm.com<br>KAREN COOLMAN AMLONG<br>Florida Bar No.: 275564<br>KAmlong@TheAmlongFirm.com<br>ISHA KOCHHAR<br>Florida Bar No.: 105294<br>IKochhar@TheAmlongFirm.com<br>AMLONG & AMLONG, P.A.<br>500 Northeast Fourth Street,<br>Second Floor<br>Fort Lauderdale, Florida 33301<br>(954) 462-1983<br><br>*Attorneys for Plaintiff* | JOSE I. LEON<br>Florida Bar No. 958212<br>JLeon@gordonrees.com<br>Robin Taylor Symons<br>Florida Bar No.: 356832<br>RSymons@gordonrees.com<br><br><br><br>GORDON & REES SCULLY MANSUKHANI<br>Miami Tower<br>100 SE Second Street, Suite 3900<br>Miami, FL 33131<br>(305) 428-5300<br>*Attorneys for Defendant* |

\\amlong3\cpshare\CPWin\HISTORY\170313_0001\15A6.41